Gary F. Wang (SBN 195656)
garywang@gfwanglaw.com
Law Offices of Gary F. Wang
448 South Pasadena Avenue
Pasadena, California 91105-1838
Telephone: (626) 585-8001
Facsimile: (626) 585-8002

Attorney for Plaintiff
Kauai Sun LLC

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KAUAT SUN LLC,

Plaintiff,

vs.

BIRCH LIMITED LLC,

Defendant.

Case No.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Plaintiff Kauai Sun LLC ("Plaintiff" or "Kauai Sun"), complaining of Defendant Birch Limited LLC ("Defendant" or "Birch"), alleges as follows:

**PARTIES**

1. Plaintiff Kauai Sun LLC is a limited liability company organized under the laws of California, with its principal place of business at 20387 Miljevich Drive, Saratoga, California 95070.

2. Defendant Birch Limited LLC is, on information and belief, a limited liability company organized under the laws of Florida, with its principal place of business at 2321 Stirling Road, OPE 405, Fort Lauderdale, Florida 33309.

## JURISDICTION AND VENUE

3. This Court has original jurisdiction over this action because it arises under the Copyright Act and the laws of the United States. 28 USCS § 1331. This Court also has original jurisdiction over this action because it arises under an Act of Congress relating to copyrights. 28 USCS § 1338.

4. Plaintiff is the legal owner of the exclusive rights at issue in the copyrighted work and may institute this action for infringement of those rights. 17 USCS § 501 (2019).

5. Plaintiff's copyright claim has been registered with the United States Copyright Office before institution of this action. 17 USCS § 411. The work titled "Game Blue Party" was registered as part of a group of unpublished works under Registration No. VAu 1-527-695, with an effective registration date of March 21, 2024, and a registration decision date of June 3, 2024. A true and correct copy of such a registration is attached hereto as Exhibit A.

6. This Court has personal jurisdiction over Defendant because, on information and belief, Defendant has offered for sale and sold the accused products through Amazon to customers in this District.

7. Venue is proper in this District because Defendant may be found in this District through its alleged sales and offers for sale of the accused products to customers in this District. 28 USCS § 1400. A substantial part of the events giving rise to Plaintiff's claim occurred in this District. 28 USCS § 1391.

## FACTUAL ALLEGATIONS

8. Kauai Sun designs and creates consumer goods, party supplies, and stationery, and uses the brand name "Kauai Sun" on online marketplaces, including Amazon.

9. In 2024, Kauai Sun created the original pictorial or graphic work titled "Game Blue Party" (the "Copyrighted Work").

10. Kauai Sun is identified in the registration certificate as the author of the

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

Copyrighted Work, the copyright claimant, and the creator of the claimed pictorial or graphic work.

11. Kauai Sun has owned the rights, title, and interest in the Copyrighted Work since its creation.

12. Kauai Sun used figures from the Copyrighted Work to create and sell a product identified as 9pcs Game Party Honeycomb Centerpieces through Amazon in or about October 2025.




13. Kauai Sun has not authorized Defendant to copy, reproduce, manufacture, duplicate, disseminate, distribute, or sell the Copyrighted Work or products incorporating the Copyrighted Work.

14. On information and belief, in or before September 2026, Defendant marketed, manufactured, distributed, duplicated, and/or sold through Amazon party-supply products identified as "6Pcs Roblo-x Party supplies set Honeycomb Centerpieces."

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001



15. On information and belief, Defendant's accused products bear designs substantially similar to the Copyrighted Work and to Kauai Sun's "9pcs Game Party Honeycomb Centerpieces."

16. On information and belief, Defendant's accused products were offered for sale and sold without Plaintiff's consent.

## COUNT I — COPYRIGHT INFRINGEMENT

17. Plaintiff incorporates by reference paragraphs 1 through 16 as though fully set forth herein.

18. Plaintiff owns a valid copyright registration covering the Copyrighted Work, including the work titled "Game Blue Party."

19. Defendant, without Plaintiff's authorization, copied, reproduced, distributed, displayed, offered for sale, and/or sold products containing designs substantially similar to protected expressive elements of the Copyrighted Work.

20. Defendant's conduct infringed Plaintiff's exclusive rights in the Copyrighted Work under the Copyright Act. 17 USCS § 501 (2019).

21. Defendant's infringement has caused and continues to cause Plaintiff harm, including loss of sales, loss of profits, diversion of trade, and injury to Plaintiff's goodwill.

22. Unless restrained, Defendant's continued manufacture, distribution,

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

offer for sale, and sale of infringing products will continue to cause Plaintiff irreparable injury for which monetary damages alone are inadequate.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Kauai Sun prays for respectfully requests judgment in its favor and against Defendant as follows:

A. That the Court enter judgment that Defendant infringed Plaintiff's copyright in the Copyrighted Work;

B. That the Court preliminarily and permanently enjoin Defendant and its officers, agents, servants, employees, representatives, successors, assigns, and all persons acting in concert or participation with them, from copying, reproducing, manufacturing, importing, advertising, marketing, distributing, offering for sale, selling, or otherwise using the Copyrighted Work or any work substantially similar to the Copyrighted Work;

C. That the Court order Defendant to deliver up for impoundment and destruction all infringing copies of the Copyrighted Work and all materials used to reproduce or distribute the infringing copies;

D. That Plaintiff be awarded its actual damages and Defendant's profits attributable to the infringement, or statutory damages as permitted by law, at Plaintiff's election;

E. That Plaintiff be awarded prejudgment and post-judgment interest as permitted by law;

F. That Plaintiff be awarded its reasonable attorneys' fees and costs as permitted by law; and

G. That the Court award Plaintiff such other and further relief as the Court deems just and proper.

///

///

///

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: October 7, 2026 By: */s/ Gary F. Wang*
Gary F. Wang
Attorney for Plaintiff, Kauai Sun LLC